Charles Michael HEDLUND,
Petitioner–Appellant,

v.

Charles L. RYAN, Respondent–
Appellee.

No. 09–99019.

United States Court of Appeals,
Ninth Circuit.

Filed Sept. 4, 2014.

Paula Kay Harms, Esquire, Assistant Federal Public Defender, Amy E.B. Kapp, Assistant Federal Public Defender, Office of the Federal Public Defender, Phoenix, AZ, for Petitioner–Appellant.

Jon Anderson, Esquire, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Respondent–Appellee.

Before: KIM McLANE WARDLAW, CARLOS T. BEA, and N. RANDY SMITH, Circuit Judges.

## ORDER

Appellant's petition for panel rehearing and for rehearing en banc, filed June 13, 2014, remains pending. The panel will stay proceedings on the petition for panel rehearing and petition for rehearing en banc pending resolution of en banc proceedings in *McKinney v. Ryan,* 730 F.3d 903 (9th Cir.2013), *rehearing en banc granted,* 745 F.3d 963 (2014).

**IT IS SO ORDERED.**